# IN THE SUPREME COURT OF PENNSYLVANIA

| | |
|---|---|
| OFFICE OF DISCIPLINARY COUNSEL, | : No. 2387 Disciplinary Docket No. 3 |
| Petitioner | : No. 182 DB 2016 |
| v. | : Attorney Registration No. 91484 |
| ANNETTE MARIA OAKLEY, | : (Philadelphia) |
| Respondent | : |

## ORDER

**PER CURIAM**

**AND NOW**, this 13th day of July, 2017, upon consideration of the Recommendation of the Three-Member Panel of the Disciplinary Board, the Joint Petition in Support of Discipline on Consent is granted, and Annette Maria Oakley is suspended on consent from the Bar of this Commonwealth for a period of one year. Respondent is directed to comply with all the provisions of Pa.R.D.E. 217, and shall pay the costs incurred by the Disciplinary Board in the investigation and prosecution of this matter.